TIMOTHY COURCHAINE
United States Attorney
District of Arizona
Dimitra H. Sampson
Assistant U.S. Attorney
Arizona State Bar No. 019133
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: 928-556-5001
Email: dimitra.sampson@usdoj.gov
Attorneys for Plaintiff



☒ FILED   ☐ LODGED

**Oct 09 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Shaina Rain Marshall, <br><br> Defendant. | No. CR-25-08191-PCT-CDB <br><br> **I N F O R M A T I O N** <br><br> **VIO:** 18 U.S.C. § 111(a) <br> (Assault on a Federal Officer) <br> Count 1 <br><br> 18 U.S.C. §§ 1153 and 113(a)(4) <br> (Assault by Striking, Beating and Wounding) <br> Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### COUNT 1

On or about September 13, 2025, in the District of Arizona, the defendant, Shaina Rain Marshall, did knowingly, intentionally, and recklessly forcibly assault, resist, oppose, impede, intimidate and interfere with W.B., a person designated under Title 18 United States Code, Section 1114 as a federal law enforcement officer for the Bureau of Indian Affairs at the time, while W.B. was engaged in and on account of performance of official duties, and such acts involved physical contact with W.B.

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2

On or about September 13, 2025, in the District of Arizona, within the confines of the Havasupai Indian Reservation, Indian Country, the defendant, Shaina Rain Marshall, an Indian, did knowingly, intentionally, and recklessly assault W.B., by striking, beating,

and wounding him.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(4).

Dated this _____.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

_____
DIMITRA H. SAMPSON
Assistant U.S. Attorney

*Digitally signed by DIMITRA SAMPSON
Date: 2025.10.06 11:23:25 -07'00'*